638

No. 101. W. W. CLYDE & Co. *v.* DYESS. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Arthur E. Moreton* for petitioner.

No. 102. MIRSKY *v.* CONLEW, INC. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Horace G. Marks* and *David Haar* for petitioner. *Messrs. Leonard G. Bisco* and *Henry Landau* for respondent.

No. 105. DUQUESNE CLUB *v.* BELL, FORMER ACTING COLLECTOR OF INTERNAL REVENUE; and
No. 106. DUQUESNE CLUB *v.* DRISCOLL, COLLECTOR OF INTERNAL REVENUE. October 12, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George B. Furman, Paul Armitage,* and *Edward Holloway* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondents.

No. 107. EVANS *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James S. Y. Ivins* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 108. MOREHEAD *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certi-

orari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James S. Y. Ivins* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 109. SWASTIKA OIL & GAS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harry C. Kinne* and *Michael J. Sporrer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch,* and *Miss Louise Foster* for respondent.

No. 110. RICHARDSON, TRUSTEE, ET AL. *v.* BLUE GRASS MINING CO. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Bailey P. Wootton* and *H. C. Faulkner* for petitioners. *Mr. Simeon S. Willis* for respondents.

No. 111. MAY DEPARTMENT STORES CO. *v.* REYNOLDS. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Richard S. Bull* for petitioner. *Mr. Jesse W. Barrett* for respondent.

No. 112. CHESTER C. FOSGATE CO. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles O. Andrews, Jr.* for petitioner. *Solicitor*